IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KYLE D. EWERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-89-JPG |
| | ) |
| JO ANNE B. BARNHART | ) |
| Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court upon Magistrate Judge Frazier's Report and Recommendation, and the Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that the Commissioner of Social Security's decision in this case is **VACATED** and **REMANDED** for further consideration.

**DATED: July 12, 2006**

**NORBERT G. JAWORSKI, CLERK**

By:s/Deborah Agans, **Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
              **J. PHIL GILBERT**
              **U.S. District Judge**